# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Daniel S. Miller,

        Plaintiff,	Civil No. 05-792 (RHK/RLE)

vs.

**ORDER**

Michael Krejci,

        Defendant.

---

Pursuant to the Stipulation to Remand (Doc. No. 7), this case is **REMANDED** to the United States Bankruptcy Court so the that Settlement Agreement may be enforced and so that the Bankruptcy Court may issue a non-appealable Order.

Dated: September 6, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge